JUDGE: Christopher M. Alston
CHAPTER: 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

**TERROVONA, JAMES RICHARD**

Debtor(s).

No. 18-12343-CMA

*EX PARTE* **APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT FOR ESTATE**

Edmund Wood, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, applies to this Court for authority to employ Kai Rainey and RE/Max Eastside Brokers, whose offices are located at 11555 SE 8th St, Ste 200, Bellevue, WA 98004 as real estate agent for the trustee and in support thereof states as follows:

1. On June 13, 2018, the above-named debtor(s) filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Western District of Washington at Seattle, and on June 13, 2018, Edmund Wood was appointed as the chapter 7 trustee of the estate.

2. The trustee desires to hire Kai Rainey and RE/Max Eastside Brokers to sell real property on behalf of the estate on a 6% commission basis, subject to Court approval after notice and a hearing. A copy of the proposed listing agreement is attached

3. Kai Rainey and RE/Max Eastside Brokers have previously worked with Edmund J. Wood, Trustee, in other bankruptcy cases and it is anticipated to continue.

4. The trustee is aware of no connections between Kai Rainey and RE/Max Eastside Brokers, and the debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee other than as

APPLICATION TO HIRE REAL ESTATE AGENT

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Case 18-12343-CMA    Doc 23    Filed 07/17/18    Ent. 07/17/18 08:20:42    Pg. 1 of 9

set forth above. No notice to creditors or interested parties of this motion is necessary pursuant to 11 U.S.C. section 102(1) and FRBP 2002.

5. The Trustee is not aware of any interest adverse to the estate held by Kai Rainey and RE/Max Eastside Brokers and believes them to be disinterested pursuant to 11 USC §101(14).

WHEREFORE, the trustee applies to the Court for an order authorizing the employment of Kai Rainey and RE/Max Eastside Brokers to list and sell property of the estate as described in this application as of the date this application and order are submitted to the office of the United States Trustee, with all compensation subject to Court order upon notice to creditors and a hearing.

DATED: July 12, 2018

                                          */s/    Edmund Wood*
                                       Edmund Wood, WSBA #03695
                                       Chapter 7 Trustee

I CERTIFY that on July 11, 2018, under penalty of perjury that I caused a copy of the foregoing document to be delivered to the U.S. Trustee by email at: <u>USTPRegion18.SE.ECF@usdoj.gov</u>, and the U.S. Trustee's Office has no objection or seven days have passed since submission to the U.S. Trustee's Office.

                                          */s/    Dominique Moses*
                                       Dominique Moses, Paralegal

Rainey - App to Hire

APPLICATION TO HIRE REAL ESTATE AGENT       **Wood & Jones, P.S.**
      303 N. 67th Street
      Seattle WA 98103-5209
Page 2       (206) 623-4382

Case 18-12343-CMA    Doc 23    Filed 07/17/18    Ent. 07/17/18 08:20:42    Pg. 2 of 9

DocuSign Envelope ID: 389E9849-10E6-4039-87D1-C3C284EB8DE2

| | | |
|---|---|---|
| Form 1A<br>Exclusive Sale<br>Rev. 7/15<br>Page 1 of 2 | **EXCLUSIVE SALE AND LISTING AGREEMENT** | ©Copyright 2015<br>Northwest Multiple Listing Service<br>ALL RIGHTS RESERVED |

<u>Edmund J. Wood, Ch 7 Bankruptcy Trustee For James Richard Terrovona 18-12343</u> ("Seller") hereby grants to, 1
Seller                                                                                                                           Seller

<u>Re/Max Eastside Brokers</u> ("Firm") from date hereof until midnight of 2

<u>12/30/18</u> ("Listing Term"), the exclusive right to sell the real property ("the Property") 3

commonly known as <u>374 Merritt Place NE</u>, City <u>North Bend</u>, 4

County <u>King</u>, WA, Zip <u>98045</u>; and legally described on Exhibit A. 5

1. **DEFINITIONS.** For purposes of this Agreement: (a) "MLS" means the Northwest Multiple Listing Service; and (b) "sell" 6
includes a contract to sell; an exchange or contract to exchange; an option to purchase; and/or a lease with option to 7
purchase. 8

2. **AGENCY/DUAL AGENCY.** Seller authorizes Firm to appoint <u>Kai Rainey/Hugh Rainey</u> 9
as Seller's Listing Broker. This Agreement creates an agency relationship with Listing Broker and any of Firm's brokers 10
who supervise Listing Broker's performance as Seller's agent ("Supervising Broker"). No other brokers affiliated with 11
Firm are agents of Seller, except to the extent that Firm, in its discretion, appoints other brokers to act on Seller's behalf 12
as and when needed.  If the Property is sold to a buyer represented by one of Firm's brokers other than Listing Broker 13
("Buyer's Broker"), Seller consents to any Supervising Broker, who also supervises Buyer's Broker, acting as a dual 14
agent. If the Property is sold to a buyer who Listing Broker also represents, Seller consents to Listing Broker and 15
Supervising Broker acting as dual agents. If any of Firm's brokers act as a dual agent, Firm shall be entitled to the entire 16
commission payable under this Agreement plus any additional compensation Firm may have negotiated with the buyer. 17
Seller acknowledges receipt of the pamphlet entitled "The Law of Real Estate Agency." 18

3. **LIST DATE.** Firm shall submit this listing, including the Property information on the attached pages and photographs of 19
the Property (collectively, "Listing Data"), to be published by MLS by 5:00 p.m. on _____ ("List Date"), 20
which date shall not be more than 30 days from the effective date of the Agreement. Seller acknowledges that exposure 21
of the Property to the open market through MLS will increase the likelihood that Seller will receive fair market value for 22
the Property.  Accordingly, prior to the List Date, Firm and Seller shall not promote or advertise the Property in any 23
manner whatsoever, including, but not limited to yard or other signs, flyers, websites, e-mails, texts, mailers, magazines, 24
newspapers, open houses, previews, showings, or tours. 25

**Subject to court and lien holder approval**

4. **COMMISSION.** If during the Listing Term (a) Seller sells the Property and the buyer does not terminate the agreement 26
prior to closing; or (b) after reasonable exposure of the Property to the market, Firm procures a buyer who is ready, 27
willing, and able to purchase the Property on the terms in this Agreement, Seller will pay Firm a commission of (fill in 28
one and strike the other) __6__ % of the sales price, or $ __XXXXXXXXXX__ ("Total Commission"). From the 29
Total Commission, Firm will offer a cooperating member of MLS representing a buyer ("Selling Firm") a commission of 30
(fill in one and strike the other) __2.5__ % of the sales price, or $ __XXXXXXXXXX__. Further, if Seller shall, within 31
six months after the expiration of the Listing Term, sell the Property to any person to whose attention it was brought 32
through the signs, advertising or other action of Firm, or on information secured directly or indirectly from or through 33
Firm, during the Listing Term, Seller will pay Firm the above commission. Provided, that if Seller pays a commission to a 34
member of MLS or a cooperating MLS in conjunction with a sale, the amount of commission payable to Firm shall be 35
reduced by the amount paid to such other member(s). Provided further, that if Seller cancels this Agreement without 36
legal cause, Seller may be liable for damages incurred by Firm as a result of such cancellation, regardless of whether 37
Seller pays a commission to another MLS member. Selling Firm is an intended third party beneficiary of this Agreement. 38

5. **SHORT SALE / NO DISTRESSED HOME CONVEYANCE.** If the proceeds from the sale of the Property are insufficient 39
to cover the Seller's costs at closing, Seller acknowledges that the decision by any beneficiary or mortgagee, or its 40
assignees, to release its interest in the Property, for less than the amount owed, does not automatically relieve Seller of 41
the obligation to pay any debt or costs remaining at closing, including fees such as Firm's commission. Firm will not 42
represent or assist Seller in a transaction that is a "Distressed Home Conveyance" as defined by Chapter 61.34 RCW 43
unless otherwise agreed in writing. A "Distressed Home Conveyance" is a transaction where a buyer purchases 44
property from a "Distressed Homeowner" (defined by Chapter 61.34 RCW), allows the Distressed Homeowner to 45
continue to occupy the property, and promises to convey the property back to the Distressed Homeowner or promises 46
the Distressed Homeowner an interest in, or portion of, the proceeds from a resale of the property. 47

6. **KEYBOX.** Firm is authorized to install a keybox on the Property. Such keybox may be opened by a master key held by 48
members of MLS and their brokers. A master key also may be held by affiliated third parties such as inspectors and 49
appraisers who cannot have access to the Property without Firm's prior approval which will not be given without Firm 50
first making reasonable efforts to obtain Seller's approval. 51

Ini. *EJW*  Date 6/19/2018
Ini. *KR*  Date 6/19/2018

*EJW* 6/19/2018
Seller's Initials   Date   Seller's Initials   Date

DocuSign Envelope ID: 389E9849-10E6-4039-87D1-C3C284EB8DE2

| | | |
|---|---|---|
| Form 1A<br>Exclusive Sale<br>Rev. 7/15<br>Page 2 of 2 | **EXCLUSIVE SALE AND LISTING AGREEMENT**<br>*Continued* | ©Copyright 2015<br>Northwest Multiple Listing Service<br>ALL RIGHTS RESERVED |

Ini. *EJW* Date 6/19/2018
Ini. *kR* Date 6/19/2018

7. **SELLER'S WARRANTIES AND REPRESENTATIONS.** Seller warrants that Seller has the right to sell the Property on the terms herein. ~~Seller~~ *Seller is a bankruptcy trustee and has no knowledge of the property. Sale is as-is without warrant or guarantee.* ~~represents that to the best of Seller's knowledge, there are no structures or boundary indicators that either encroach on adjacent property or on the Property.~~ Seller authorizes Firm to provide the information in this Agreement and the attached pages to prospective buyers and to other cooperating members of MLS who do not represent the Seller and, in some instances, may represent the buyer. If Seller provides Firm with any photographs of the Property, Seller warrants that Seller has the necessary rights in the photographs to allow Firm to use them as contemplated by this Agreement. Seller agrees to indemnify and hold Firm and other members of MLS harmless in the event the foregoing warranties and representations are incorrect.

8. **CLOSING.** Seller shall furnish and pay for a buyer's policy of title insurance showing marketable title to the Property. Seller shall pay real estate excise tax and one-half of any escrow fees or such portion of escrow fees and any other fees or charges as provided by law in the case of a FHA or VA financed sale. Rent, taxes, interest, reserves, assumed encumbrances, homeowner fees and insurance are to be prorated between Seller and the buyer as of the date of closing. Seller shall prepare and execute a certification (NWMLS Form 22E or equivalent) under the Foreign Investment in Real Property Tax Act ("FIRPTA") at closing. If Seller is a foreign person or entity, and the sale is not otherwise exempt from FIRPTA, Seller acknowledges that ten percent of the amount realized from the sale will be withheld for payment to the Internal Revenue Service.

9. **MULTIPLE LISTING SERVICE.** Seller authorizes Firm and MLS to publish the Listing Data and distribute it to other members of MLS and their affiliates and third parties for public display and other purposes. This authorization shall survive the termination of this Agreement. Firm is authorized to report the sale of the Property (including price and all terms) to MLS and to its members, financial institutions, appraisers, and others related to the sale. Firm may refer this listing to any other cooperating multiple listing service at Firm's discretion. Firm shall cooperate with all other members of MLS, or of a multiple listing service to which this listing is referred, in working toward the sale of the Property. Regardless of whether a cooperating MLS member is the agent of the buyer, Seller, neither or both, such member shall be entitled to receive the selling firm's share of the commission. MLS is an intended third party beneficiary of this agreement and will provide the Listing Data to its members and their affiliates and third parties, without verification and without assuming any responsibility with respect to this agreement.

10. **PROPERTY CONDITION AND INSURANCE.** Neither Firm, MLS, nor any members of MLS or of any multiple listing service to which this listing is referred shall be responsible for loss, theft, or damage of any nature or kind whatsoever to the Property, any personal property therein, or any personal injury resulting from the condition of the Property, including entry by the master key to the keybox and/or at open houses. Seller is advised to notify Seller's insurance company that the Property is listed for sale and ascertain that the Seller has adequate insurance coverage. If the Property is to be vacant during all or part of the Listing Term, Seller should request that a "vacancy clause" be added to Seller's insurance policy. Seller acknowledges that intercepting or recording conversations of persons in the Property without first obtaining their consent violates RCW 9.73.030.

Ini. *EJW* Date 6/19/2018
Ini. *kR* Date 6/19/2018

11. **FIRM'S RIGHT TO MARKET THE PROPERTY.** Seller shall not commit any act which materially impairs Firm's ability to market and sell the Property under the terms of this Agreement. In the event of breach of the foregoing, Seller shall pay Firm a commission in the above amount, or at the above rate applied to the listing price herein, whichever is applicable. Unless otherwise agreed in writing, Firm and other members of MLS shall be entitled to show the Property at all reasonable times. Firm need not submit to Seller any offers to lease, rent, execute an option to purchase, or enter into any agreement other than for immediate sale of the Property.

12. **SELLER DISCLOSURE STATEMENT.** ~~Unless~~ *Seller is exempt under RCW 64.06,* ~~Seller shall provide to Firm as soon as reasonably practicable a completed and signed "Seller Disclosure Statement" (Form 17 (Residential), Form 17C (Unimproved Residential), or Form 17 Commercial). Seller agrees to indemnify, defend and hold Firm harmless from and against any and all claims that the information Seller provides on Form 17, Form 17C, or Form 17 Commercial is inaccurate.~~

13. **DAMAGES IN THE EVENT OF BUYER'S BREACH.** In the event Seller retains earnest money as liquidated damages on a buyer's breach, any costs advanced or committed by Firm on Seller's behalf shall be paid therefrom and the balance divided equally between Seller and Firm.

14. **ATTORNEYS' FEES.** In the event either party employs an attorney to enforce any terms of this Agreement and is successful, the other party agrees to pay reasonable attorneys' fees. In the event of trial, the successful party shall be entitled to an award of attorneys' fees and expenses; the amount of the attorneys' fees and expenses shall be fixed by the court. The venue of any suit shall be *Bankruptcy Court* ~~the county in which the property is located.~~

Ini. *EJW* Date 6/19/2018    Ini. *kR* Date 6/19/2018

Are the undersigned the sole owner(s)? ☐ YES ☐ NO

DocuSigned by: *Edmund J. Wood*    6/19/2018
E7AB9B16DF234DF...
Seller's Signature                Date

_____    _____
Seller's Signature                Date

Edmund J. Wood, Ch 7 Bankruptcy Trustee For James Richard Terrovona 18-12343

Re/Max Eastside Brokers
Real Estate Firm
DocuSigned by: *kai Rainey*    6/19/2018
E4C94F85572F45D...
Broker's Signature                Date

DocuSign Envelope ID: 389E9849-10E6-4039-87D1-C3C284EB8DE2

NWMLS Form 1 Rev. 6/17  
Copyright 2017  
Northwest Multiple Listing Service  
All Rights Reserved

RESIDENTIAL Exclusive Listing Agreement (page 1 of 4)  
LISTING INPUT SHEET

PROPERTY TYPE **1**

• Indicates Required information ( ) Indicates Maximum Choice  LISTING #

## ADDRESS

| King | North Bend | 98045 – 8984 |
|---|---|---|
| • County | • City | • ZIP Code + 4 |

| 540 | North Bend |
|---|---|
| • Area | • Community/District |

| 374 | — | | | Merritt |
|---|---|---|---|---|
| • Street # (HSN) | Modifier | Direction | | • Street Name |

| Place | NE | |
|---|---|---|
| Suffix | Post Direction | Unit # |

## LISTING

| $ _____ | 12/30/2018 | 5702450210 | Yes |
|---|---|---|---|
| • Listing Price | • Listing Date | • Expiration Date | • Tax ID# | • Preliminary Title Ordered |

• Offers (1)  
☑ Seller intends to review offers upon receipt  
☐ Seller to review offers on Offer Review Date (may review/accept sooner)

Offer Review Date (required if 2nd "Offers" option is selected)

No  
FIRPTA withholding required?

## LOCATION

| | | Mt Si Meadows | |
|---|---|---|---|
| Lot Number | Block | Plat/Subdivision/Building Name | |

| MAP BOOK | | Map Page | Top Map Coord. | Side Map Coord. |

## PROPERTY INFORMATION

| No | Yes | Yes | Yes | Yes |
|---|---|---|---|---|
| • Prohibit Blogging | • Allow Automated Valuation | • Show Map Link | • Internet Advertising | • Show Address to Public |

| 2.5% | Subject to court approval. |
|---|---|
| • SOC (Selling Office Com.) | Selling Office Commission Comments (40 characters maximum) |

| 1989 | | |
|---|---|---|
| • Year Built | Effective Year Built | Effective Year Built Source |

| 3,050 | 12,262 | Realist |
|---|---|---|
| • ASF - Total (Square Feet) | • Lot Size (Square Feet) | • Lot Size Source |

Virtual Tour URL (Please include http:// )

## BROKER INFORMATION

| 34930 | Kailee Rainey 509-560-9400 | 5625 | Re/Max Eastside Brokers 425-453-7000 |
|---|---|---|---|
| • LAG Listing Broker ID# | Broker Name and Phone | Listing Firm - ID# | Firm Name and Phone |

| 38086 | Hugh Rainey 509-560-9400 | 5625 | Re/Max Eastside Brokers 425-453-7000 |
|---|---|---|---|
| Co Broker - ID# | Co Broker Name and Phone | Co Firm - ID# | Co Firm Name and Phone |

## LISTING INFORMATION

• Possession (3)  
☑ Closing  
☐ Negotiable  
☑ See Remarks  
☐ Sub. Tenant's Rights

• Showing Information (10)  
☐ Appointment  
☐ Call Listing Office  
☐ Day Sleeper  
☐ Gate Code Needed  
☑ MLS Keybox  
☐ Other Keybox  
☐ Owner-Call First  
☐ Pet in House  
☐ Power Off  
☐ Renter-Call First

☐ Security System  
☑ See Remarks  
☐ Vacant

• Potential Terms (10)  
☐ Assumable  
☑ Cash Out  
☑ Conventional  
☐ Farm Home Loan  
☐ FHA  
☐ Lease/Purchase  
☐ Owner Financing  
☐ Rehab Loan  
☑ See Remarks  
☐ State Bond  
☐ USDA  
☐ VA

| 2018 | $ 7,134.00 | No | |
|---|---|---|---|
| • Tax Year | • Annual Taxes | • Senior Exemption | Right of First Refusal |

| $ | $ | Exempt | |
|---|---|---|---|
| Monthly H.O. Dues | Monthly Rent | • Form 17 | |

INITIALS: _EJW_ 6/19/2018 _____ _____ _KR_ 6/19/2018  
Seller Date Seller Date Broker Date

DocuSign Envelope ID: 389E9849-10E6-4039-87D1-C3C284EB8DE2

NWMLS Form 1 Rev. 6/17
Copyright 2017
Northwest Multiple Listing Service
All Rights Reserved

RESIDENTIAL Exclusive Listing Agreement (page 2 of 4)
LISTING INPUT SHEET

PROPERTY TYPE **1**

Listing Address: **374 Merritt Place NE , North Bend 98045**    LAG # **34930**

## SCHOOL & OWNER INFO.

**Snoqualmie Valley**
- School District

Elementary School

Junior High/Middle School

Senior High School

**Trustee for Terrovona**
- Owner Name

Owner Name 2

- Owner's Phone

- Occupant Type

- Phone to Show

- Owner's City and State

- Occupant's Name

**No**
- Bank Owned/REO

- 3rd Party App. Req. (2)
  ☐ None  ☑ Short Sale
  ☑ Other - See Remarks

- Auction

## SITE INFORMATION

Lot Dimensions

Waterfront Footage (Feet)

Pool

Zoning Code

Zoning Jurisdiction

**Lot Topog./Veg.** (7)
☐ Brush    ☐ Pasture
☐ Dune     ☐ Rolling
☐ Equestrian ☐ Sloped
☐ Fruit Trees ☐ Steep Slope
☐ Garden Sp. ☐ Terraces
☐ Level    ☐ Wooded
☐ Partial Slope

**View** (6)
☐ Bay      ☐ Ocean
☐ Canal    ☐ Partial
☐ City     ☐ River
☐ Golf Course ☐ See Remarks
☐ Jetty    ☐ Sound
☐ Lake     ☐ Strait
☐ Mountain ☐ Territorial

**Waterfront** (5)
☐ Bank-High    ☐ Lake
☐ Bank-Low     ☐ No Bank
☐ Bank-Medium  ☐ Ocean
☐ Bay          ☐ River
☐ Bulkhead     ☐ Saltwater
☐ Canal        ☐ Sound
☐ Creek        ☐ Strait
☐ Jetty        ☐ Tideland Rights

**Site Features** (14)
☐ Arena-Indoor    ☐ Deck           ☐ Gated Entry        ☐ Propane
☐ Arena-Outdoor   ☐ Disabled Access ☐ Green House       ☐ RV Parking
☐ Athletic Court  ☐ Dock           ☐ High Speed Internet ☐ Shop
☐ Barn            ☐ Dog Run        ☐ Hot Tub/Spa        ☐ Sprinkler System
☐ Boat House      ☐ Fenced-Fully   ☐ Moorage            ☐ Stable
☐ Cabana/Gazebo   ☐ Fenced-Partially ☐ Outbuildings
☐ Cable TV        ☐ Gas Available  ☐ Patio

**Lot Details** (7)
☐ Alley            ☐ High Voltage Line
☐ Corner Lot       ☐ Open Space
☐ Cul-de-sac       ☐ Paved Street
☐ Curbs            ☐ Secluded
☐ Dead End St.     ☐ Sidewalk
☐ Drought Res Landscape ☐ Value in Land

## BUILDING INFORMATION

- **Sewer** (2)
  ☐ Available   ☐ Septic
  ☐ None        ☑ Sewer Connected

**Basement** (3)
☐ Daylight         ☐ Partially Finished
☐ Fully Finished   ☐ Roughed In
☐ None             ☐ Unfinished

- **Parking Type** (4)
  ☐ Carport-Attached   ☐ Garage-Detached
  ☐ Carport-Detached   ☐ None
  ☑ Garage-Attached    ☐ Off Street

Aprvd # of Bedrooms (septic)

**2**
- Total Covered Parking

Builder

**No**
- New Construction

New Construction State

- **Building Information** (3)
  ☐ Addl. Dwelling   ☐ Modular
  ☑ Built on Lot     ☐ Planned Unit Dev
  ☐ Manufd. Home     ☐ Zero Lot Line

**15 - Multi Level**
- Style Code

Manufactured Home Serial No.

Manufactured Home Manufacturer

Manufactured Home Model Number

- **Exterior** (4)
  ☐ Brick              ☐ Metal/Vinyl      ☑ Wood
  ☐ Cement Planked     ☐ See Remarks      ☐ Wood Products
  ☑ Cement/Concrete    ☐ Stone
  ☐ Log                ☐ Stucco

- **Roof** (3)
  ☐ Built-up     ☐ Flat           ☐ See Remarks
  ☐ Cedar Shake  ☐ Green (Living) ☐ Tile
  ☐ Composition  ☐ Metal          ☐ Torch Down

- **Foundation** (3)
  ☐ Concrete Block   ☐ Post & Pillar    ☐ Slab
  ☐ Concrete Ribbon  ☐ Poured Concrete  ☐ Tie down
  ☐ Post & Block     ☐ See Remarks

Building Condition

Architecture

INITIALS: *ejw* 6/19/2018 Seller / Date          *kr* 6/19/2018 Broker / Date

DocuSign Envelope ID: 389E9849-10E6-4039-87D1-C3C284EB8DE2

NWMLS Form 1 Rev. 6/17
Copyright 2017
Northwest Multiple Listing Service
All Rights Reserved

RESIDENTIAL Exclusive Listing Agreement (page 3 of 4)
LISTING INPUT SHEET

PROPERTY TYPE  1

Listing Address: **374 Merritt Place NE , North Bend 98045**   LAG # **34930**

## GREEN BUILDING INFO

**Green Certification** (4)
- ☐ Built Green™
- ☐ LEED™
- ☐ Northwest ENERGY STAR®
- ☐ Other - See Remarks

_____  Built Green™
_____  LEED™
_____  Northwest ENERGY STAR®

**Construction Methods** (2)
- ☐ Advanced Wall
- ☐ Double Wall
- ☐ Ins. Concrete Form (ICF)
- ☐ Post & Beam
- ☐ Standard Frame
- ☐ Steel & Concrete
- ☐ Strawbale
- ☐ Structural Ins. Panel (SIPs)
- ☐ Tilt-up

_____ EPS Energy Score (0-99,999kWh)
_____ HERS Index Score (0-150)

## INTERIOR FEATURES

(Approximate Square Footage Excluding Garage)

**3,050** Finished    _____ Unfinished    **Realist** Square Footage Source

_____ Lower Fireplaces   _____ Upper Fireplaces   _____ Main Fireplaces   _____ Type of Fireplace

_____ Leased Equipment   **Gas** Water Heater Type   _____ Water Heater Location

**Energy Source** (6)
- ☐ Electric
- ☐ Geothermal
- ☐ Ground Source
- ☑ Natural Gas
- ☐ Oil
- ☐ Pellet
- ☐ Propane
- ☐ See Remarks
- ☐ Solar (Unspecified)
- ☐ Solar Hot Water
- ☐ Solar PV
- ☐ Wood

**Heating/Cooling** (8)
- ☐ 90%+ High Efficiency
- ☐ Baseboard
- ☐ Central A/C
- ☐ Ductless HP-Mini Split
- ☑ Forced Air
- ☐ Heat Pump
- ☐ HEPA Air Filtration
- ☐ High Efficiency (Unspecified)
- ☐ Hot Water Recirc Pump
- ☐ HRV/ERV System
- ☐ Insert
- ☐ None
- ☐ Other - See Remarks
- ☐ Radiant
- ☐ Radiator
- ☐ Stove/Free Standing
- ☐ Tankless Water Heater
- ☐ Wall

**Floor Covering** (5)
- ☐ Bamboo/Cork
- ☑ Ceramic Tile
- ☐ Concrete
- ☐ Fir/Softwood
- ☑ Hardwood
- ☐ Laminate
- ☐ Other Renewable
- ☐ See Remarks
- ☐ Slate
- ☐ Vinyl
- ☑ Wall to Wall Carpet

**Interior Features** (16)
- ☐ 2nd Kitchen
- ☐ 2nd Mstr BR
- ☑ Bath Off Master
- ☐ Built-in Vacuum
- ☐ Ceiling Fan(s)
- ☐ Dbl Pane/Strm Windw
- ☑ Dining Room
- ☐ Disabled Access
- ☐ FP in Mstr BR
- ☐ French Doors
- ☐ High Tech Cabling
- ☐ Hot Tub/Spa
- ☐ Jetted Tub
- ☐ Loft
- ☐ Sauna
- ☐ Security System
- ☐ Skylights
- ☐ Solarium/Atrium
- ☐ Vaulted Ceilings
- ☐ Walk-in Pantry
- ☐ Walk-in Closet
- ☐ Wet Bar
- ☐ Wine Cellar
- ☐ Wired for Generator

**Appliances That Stay** (10)
- ☐ Dishwasher
- ☐ Double Oven
- ☐ Dryer
- ☐ Garbage Disposal
- ☐ Microwave
- ☐ Range/Oven
- ☐ Refrigerator
- ☐ See Remarks
- ☐ Trash Compactor
- ☐ Washer

## UTILITY/COMMUNITY

**Community Features** (8)
- ☐ Age Restriction
- ☐ Airfield
- ☐ Boat Launch
- ☐ CCRs
- ☐ Clubhouse
- ☐ Community Waterfront/ Pvt. Beach Access
- ☐ Golf Course
- ☐ Tennis Courts

**Water Source** (3)
- ☐ Community
- ☐ Individual Well
- ☐ Lake
- ☐ Private
- ☑ Public
- ☐ See Remarks
- ☐ Shared Well
- ☐ Shares
- ☐ Well Needed

**City of North Bend** Water Company   **PSE** Power Company   **City of North Bend** Sewer Company

_____ Bus Line Nearby   _____ Bus Route Number

INITIALS: *EJW* 6/19/2018 Seller / Date    _____ Seller / Date    *KR* 6/19/2018 Broker / Date

DocuSign Envelope ID: 389E9849-10E6-4039-87D1-C3C284EB8DE2

NWMLS Form 1 Rev. 6/17
Copyright 2017
Northwest Multiple Listing Service
All Rights Reserved

**RESIDENTIAL Exclusive Listing Agreement (page 4 of 4)**
**LISTING INPUT SHEET**

**PROPERTY TYPE** 1

**Listing Address:** 374 Merritt Place NE , North Bend 98045  LAG # 34930

## ROOM LOCATION

• **Level** (1)   U for Upper   M for Main   L for Lower   S for Split   G for Garage

| | | | | | |
|---|---|---|---|---|---|
| Entry | M | Kit w/o Eating Space | ___ | Extra Fin. Room | ___ |
| Living Room | ___ | Master Bedroom | M | Rec Room | ___ |
| Dining Room | M | Bonus Room | ___ | Family Room | ___ |
| Kit with Eating Space | M | Den/Office | ___ | Great Room | M |

No. of Bedrooms   U ___  M  4  L ___

No. of Full Baths   U  1  M  1  L ___  G ___

No. of ¾ Baths   U ___  M  1  L ___  G ___

No. of ½ Baths   U ___  M ___  L ___  G ___

Utility Room   U ___  M ___  L ___  G  1

Approved Accessory Dwelling Unit   U ___  M ___  L ___

## REMARKS

**Marketing Remarks.** CAUTION! The comments you make in the following lines are limited to descriptions of the land and improvements only. These remarks will appear in the client handouts and websites. (500)

Listing agent to supply, seller to approve.

**Confidential Broker-Only Remarks.** Comments in this category are for broker's use only. (250)

By Appt. Subject to BK court & lien holder approval. BK fee incl in LP - paid by buyer. Use attached forms on MLS, allow 90 days on 22SS. Read Supplements B4 Call LA. First American Title. Law Office of Wanda Nuxoll-Escrow.

• **Driving Directions to Property** (200)

From E North Bend Way, turn north on Ballarat, east on NE 4th, turn right into Merritt Place NE. Home is on left, no sign.

INITIALS: *EJW*  6/19/2018  Seller  Date   _____  Seller  Date   *KR*  6/19/2018  Broker  Date

DocuSign Envelope ID: 389E9849-10E6-4039-87D1-C3C284EB8DE2

Form 7B  
Seller Info Undisclosed  
Rev. 8/11  
Page 1 of 1

**SELLER'S REQUEST FOR RESTRICTION ON SHOWING AND SALE**  
*Seller's Information Undisclosed*

©Copyright 2011  
Northwest Multiple Listing Service  
ALL RIGHTS RESERVED

  Edmund J. Wood, Ch 7 Bankruptcy Trustee For James Richard Terrovona 18-12343  ("Seller")
hereby requests that  Re/Max Eastside Brokers  , ("Listing Firm")
impose the following restriction on showing and sale of the real property located at:
  374 Merritt Place NE            North Bend, WA  98045    ("the Property").

The Property's listing information includes the property owner's name and phone number, which are only made available to other real estate brokers, not the public.

Seller requests that ☑ Seller's name; ☑ Seller's phone number ( (206) 842-3638 ) be omitted from the information included in the Property's listing and shall not be made available to other real estate brokers.

A buyer's broker is permitted to contact Seller to inform Seller that the broker has an offer or counteroffer to present to Seller, after the buyer's broker informs the Listing Firm of the offer. A buyer's broker is also permitted to contact Seller to present an offer or counteroffer to Seller if the Listing Firm fails to timely respond to buyer's broker. In addition, under certain circumstances, a buyer's broker may contact Seller to schedule a showing of the Property.

Seller understands that this restriction may delay the presentation of an offer if the Listing Firm is unavailable at the time of the offer or counteroffer. Seller understands that this restriction may limit the number of potential buyers that view the Property if the Listing Firm is unavailable at the time a potential buyer wishes to view the Property. Seller also understands that this restriction may inhibit the sale of the Property.

Seller's Signature: *Edmund J. Wood* (DocuSigned by, E7AB9B16DF234DF...) Date: 6/19/2018

Seller's Signature: _____ Date: _____