Entered on Docket January 2, 2019

**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
*(Dated as of Entered on Docket date above)*

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>James Richard Terrovona<br><br>Debtor. | **Case No. 18-12343-CMA**<br><br>**ORDER GRANTING RELIEF FROM STAY TO WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4, SERVICED BY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** |

This matter came before the Court upon Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns ("Creditor"), Motion for Relief from Stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the Note that is the subject of Creditor's motion and further as to the real property located at 374 Merritt Place NE, North Bend, WA 98045 and legally described as set forth in the Deed of Trust attached to the declaration on file with the Court.

1 – ORDER GRANTING RELIEF FROM STAY

SHAPIRO & SUTHERLAND, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253

**Below is the Order of the Court.**

NOW, THEREFORE, IT IS HEREBY:

ORDERED that pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns, so that it may pursue its state law remedies with respect to enforcement of the Note and Deed of Trust. Creditor, its successors and/or assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law and Creditor may contact Debtor via telephone or written correspondence to offer such an agreement.

IT IS FURTHER ORDERED that the order shall be effective as to any chapter under which the present case may be converted absent further order of this Court.

/ / / End of Order / / /

Presented By:

By: /s/ Kelly Sutherland
Kelly Sutherland, WSBA # 21889
Attorney for Creditor

2 – ORDER GRANTING RELIEF FROM STAY

SHAPIRO & SUTHERLAND, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253